1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No.  1:21-cv-00765-NONE-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| BAKERAO, LLC, | (ECF No. 4) |
| Defendant. | |

11
12
13
14
15
16

17     This action was filed on May 12, 2021.  (ECF No. 1.)  On July 28, 2021, Plaintiff filed a

18 notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

19     "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

20 action prior to service by the defendant of an answer or a motion for summary judgment.' "

21 Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

22 (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has

23 held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet

24 to serve an answer or motion for summary judgment.  Pedrina v. Chun, 987 F.2d 608, 609 (9th

25 Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,

26 the parties are left as though no action had been brought, the defendant can't complain, and the

27 district court lacks jurisdiction to do anything about it."  Commercial Space Mgmt. Co., Inc., 193

28 F.3d at 1078.  In this action, no defendant has filed an answer or other responsive pleading.

1    Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to

2  this case for the purpose of closing the case and then to adjust the docket to reflect voluntary

3  dismissal of this action pursuant to Rule 41(a).

4

5  IT IS SO ORDERED.

6  Dated:  **July 28, 2021**

   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28